IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TYRON ELON WAGNER,**

  **Plaintiff,**

  v.              CASE NO. 25-3247-JWL

**KANSAS DEPARTMENT OF
CORRECTIONS, et al.,**

  **Defendants.**

## MEMORANDUM AND ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the Lansing Correctional Facility in Lansing, Kansas ("LCF"). On November 14, 2025, the Court entered an Order granting Plaintiff leave to proceed in forma pauperis and assessing an initial partial filing fee of $4.00. (Doc. 5.) The initial partial filing fee was due on or before December 15, 2025. *Id*. Plaintiff was expressly cautioned that: "Any objection to this order must be filed on or before the date payment is due. The failure to pay the fee as directed may result in the dismissal of this matter without further notice." *Id*. The Court has yet to receive payment of the initial partial filing fee and Plaintiff has not moved for an extension of time in which to pay the initial partial filing fee.

Normally, the Court would dismiss this matter without further prior notice to Plaintiff because he has failed to comply with a court order. *See* Fed. R. Civ. P. 41(b); *see also Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003) (noting that Rule 41(b) "has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure . . . to comply with the . . . court's orders"). However, considering recent delays in receiving payments from Kansas Department of Corrections' facilities, the Court will grant Plaintiff additional time in which to

1

submit payment of the initial partial filing fee or to provide further information about his efforts to do so. For example, if Plaintiff timely submitted a request for LCF or the Kansas Department of Corrections' Centralized Inmate Banking to submit payment of the initial partial filing fee on Plaintiff's behalf, Plaintiff should so inform the Court and provide any documentation he has of such a request.

**IT IS THEREFORE ORDERED** that Plaintiff is granted until **February 2, 2026,** in which to either pay the initial partial filing fee of $4.00 or submit to the Court a written response to this order detailing his efforts to pay the initial partial filing fee. The failure to comply with this order will result in the dismissal of this matter without further prior notice to Plaintiff.

**IT IS SO ORDERED**.

Dated January 9, 2026, in Kansas City, Kansas.

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**
